IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**RANDY WILLIAMSON on Behalf of Himself
and on Behalf of All Others Similarly
Situated,**

       **Plaintiff,**

v.   No. 2:15-cv-00878-CG-SMV

**AMERIFLOW ENERGY SERVICES,
LLC; CRESCENT SERVICES, L.L.C.;
CRESCENT CONSULTING,L.L.C.**

       **Defendants.**

**ORDER GRANTING DEFENDANTS AMERIFLOW ENERGY SERVICES, L.L.C.;
CRESCENT SERVICES, L.L.C.; AND CRESCENT CONSULTING, L.L.C.'S MOTION
FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO
PLAINTIFF'S FIRST AMENDED CLASS AND COLLECTIVE ACTION COMPLAINT**

THIS MATTER coming before the Court upon the unopposed motion of Defendants Ameriflow Energy Services, L.L.C., Crescent Services, L.L.C., and Crescent Consulting, L.L.C. for an Extension of Time to Answer or otherwise respond to the First Amended Class and Collective Action Complaint, and the Court after reviewing the Motion finds that it should be granted.

It is therefore ordered that Defendants Ameriflow Energy Services, L.L.C., Crescent Services, L.L.C., and Crescent Consulting, L.L.C. shall have up to and including December 16, 2015, in which to answer or otherwise respond to Plaintiff's First Amended Class and Collective Action Complaint.

                                              _____
                                              STEPHAN M. VIDMAR
                                              UNITED STATES MAGISTRATE JUDGE

APPROVED:

KENNEDY HODGES, L.L.P.

<u>Approved via e-mail dated 11/24/15</u>
Galvin B. Kennedy
711 W. Alabama St.
Houston, TX 77006
(713) 523-0001 Telephone
(713) 523-1116 Facsimile

and

Daniel M. Faber
4620C Jefferson Lane NE
Albuquerque, NM 87109
(505) 830-0405 Telephone
(505) 830-3641 Facsimile
*Attorneys for Plaintiff*


TINNIN LAW FIRM
a professional corporation

<u>*/s/ Stanley K. Kotovsky, Jr.*</u>
Stanley K. Kotovsky, Jr.
500 Marquette, NW, Suite 1300
Albuquerque, New Mexico  87102
(505) 768-1500 Telephone
(505) 768-1529 Facsimile

and

SILVA & ASSOCIATES, P.C.
Benjamin Silva, Jr.
201 Third Street NW, Ste. 1800
Albuquerque, NM 87102-4385
(505) 246-8300 Telephone
(505) 246-0707 Facsimile
*Attorneys for Defendants*