IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RANDY WILLIAMSON,

        Plaintiff,

v.                                   No. 15-cv-0878 CG-SMV

AMERIFLOW ENERGY SERVICES, L.L.C.,
CRESCENT SERVICES, L.L.C.,
and CRESCENT CONSULTING, L.L.C.,

        Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:    January 7, 2016, at 9:30 a.m.

**Matter to be heard**:  Case status and the Court's expectations regarding Initial Disclosures

A telephonic status conference is set for **January 7, 2016, at 9:30 a.m**. Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1] The Court requests that counsel read Fed. R. Civ. P. 26(a)(1) (Required Disclosures—Initial Disclosures) prior to the status conference.

    **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.