IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RANDY WILLIAMSON,

        Plaintiff,

v.                        No. 15-cv-0878 MCA-SMV

AMERIFLOW ENERGY SERVICES, L.L.C.,
CRESCENT SERVICES, L.L.C.,
and CRESCENT CONSULTING, L.L.C.,

        Defendants.

## ORDER VACATING AND RESETTING TELEPHONIC RULE 16 SCHEDULING CONFERENCE

**Date and time**:    March 22, 2016, at 9:30 a.m.

**Matter to be heard**:    Rule 16 Scheduling Conference

The telephonic Rule 16 Scheduling Conference set for March 17, 2016, [Doc. 21], is VACATED and RESET for **March 22, 2016, at 9:30 a.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1] Parties shall be prepared to discuss the status of discovery completed, any additional discovery anticipated, whether the parties are prepared to dismiss any claims or defenses, and when to schedule a settlement conference. Counsel are reminded to have their calendars available for the hearing.

IT IS SO ORDERED.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.