IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RANDY WILLIAMSON,

        Plaintiff,

v.                                                                                                     No. 15-cv-0878 MCA-SMV

AMERIFLOW ENERGY SERVICES, L.L.C.,
CRESCENT SERVICES, L.L.C.,
and CRESCENT CONSULTING, L.L.C.,

        Defendants.

## AMENDED[1] ORDER VACATING AND RESETTING TELEPHONIC RULE 16 SCHEDULING CONFERENCE

**Date and time**:        March 22, 2016, at 9:30 a.m.

**Matter to be heard**:   Rule 16 Scheduling Conference

The telephonic Rule 16 Scheduling Conference set for March 17, 2016, [Doc. 21], is VACATED and RESET for **March 22, 2016, at 9:30 a.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[2] At the conference, counsel and any pro se parties must be prepared to discuss their JSR, all claims and defenses, initial disclosures, discovery requests and scheduling, issues relating to the disclosure, discovery, and preservation of electronically stored information, the timing of expert disclosures and reports under Rule 26(a)(2), and the use of scientific evidence and whether it is anticipated that a *Daubert* hearing will be needed. We will also discuss settlement prospects and, alternative

---

[1] This Order is amended only to reflect that this is a Rule 16 Scheduling Conference, rather than a status conference to discuss the possibility of setting a settlement conference. Except for the date change for the Rule 16 Scheduling Conference, the Initial Scheduling Order [Doc. 21] remains in effect.

[2] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.

dispute resolution possibilities, and consideration of consent pursuant to 28 U.S.C. § 636(c). Lead counsel and parties appearing pro se must participate unless excused by the Court. Parties represented by counsel need not attend.

    **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**