

Exhibit A

CITY *

STATE *

PHONE *

ATTACH RESUME *

Choose File | No file chosen

Files must be less than 2 MB.
Allowed file types: txt rtf pdf doc docx odt ppt pptx odp xls xlsx ods.



Generate a new captcha

Enter the characters shown in the image. *

Submit

About    Careers    Contact    Employee Login

5749 NW 132ND ST, OKLAHOMA CITY, OK 73142 (405) 603-1200