UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

RANDY WILLIAMSON, on behalf
of himself and all others similarly situated,

    Plaintiff,

v.                                                                   Civ. No. 15-878 MCA/GJF

AMERIFLOW ENERGY SERVICES
L.L.C., CRESCENT SERVICES L.L.C.,
and CRESCENT CONSULTING L.L.C.,

    Defendants.

**ORDER**

On October 13, 2016, this Court conducted a telephonic hearing on Defendants' "Motion to Settle Form of Notice to Putative Class." Doc. 71. At the conclusion of the hearing, the Court proposed an omnibus resolution of the three points of contention between the parties concerning the form of notice that would be mailed to the putative class. The Court permitted the parties until close of business on October 14, 2016, to notify the Court whether the parties would mutually accept the proposal. On October 14, 2016, the Court was notified by electronic mail that the parties had accepted the proposal.

Therefore, based on the parties' agreement, the Court **ORDERS** the parties **not later than 5:00 p.m. MDT on October 21, 2016,** to file a joint proposed class notice that conforms to the presiding judge's "Order Overruling Objections and Adopting Proposed Findings and Recommended Disposition" [Doc. 66].[1] The Court further **ORDERS** that Defendants have until

---

[1] Pursuant to the Court's proposal during the hearing and the parties' acceptance thereof following the hearing, the Court emphasizes that the date range of employment for the putative class members is September 15, 2012-September 15, 2016. Furthermore, in light of the parties' stipulation, the Court will not order that the "Re:" line be removed from the notice or that the companion "Notice of Consent" feature the header requested by Defendants. To be clear, however, Defendants reserve all of their rights to object to formal class certification as well as the merits of

1

that date and time to produce to Plaintiffs in an electronic format the names, addresses, telephone numbers, dates of birth, email addresses, and dates of employment for all putative class members (the "Class List").

**IT IS SO ORDERED.**

GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE

---

any individual putative class member to join the class.