UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

RANDY WILLIAMSON, on behalf
of himself and all others similarly situated,

    Plaintiff,

v.                                                                              Civ. No. 15-878 MCA/GJF

AMERIFLOW ENERGY SERVICES
L.L.C., CRESCENT SERVICES L.L.C.,
and CRESCENT CONSULTING L.L.C.,

    Defendants.

## ORDER FOR ADDITIONAL BRIEFING AND SETTING HEARING

THIS MATTER comes before the Court on Defendants' "Joint Opposed Emergency Motion Seeking Prohibition of Unauthorized Solicitation and Related Relief, With Brief in Support" ("Motion"). ECF No. 87. Therein, Defendants claim that Plaintiff "is directly soliciting potential class members to join this lawsuit by telephone calls and multiple emails." Defs.' Mot. 1, ECF No. 87. Based on these purported communications with four individuals who "are currently or have in the recent past performed services on behalf of AmeriFlow as independent consultants," Defendants allege that they may suffer "irreparable injury." *Id.* at 3-5. Thus, they move this Court to "prohibit Plaintiff from further contacting putative class members except as already authorized and require Plaintiff to report on the extent and quality of its contact so that the appropriateness of further relief may be determined." *Id.* at 6-7.

Given the nature and gravamen of the Defendants' allegations, the Court determines that further briefing and a hearing are warranted. To that end:

**IT IS HEREBY ORDERED** that Plaintiff file a response to Defendants' Motion no later

than **noon** on **December 7, 2016**, and Defendants file a reply thereto no later than **noon** on **December 8, 2016**.

IT IS FURTHER ORDERED that all parties appear for a telephonic hearing on Defendants' Motion on Friday, **December 9, 2016**, at **10:00 a.m.** The parties shall call Judge Fouratt's "Meet Me" line at (505) 348-2695 to be connected to the proceedings.

IT IS FURTHER ORDERED that as of the filing of this Order, Plaintiff shall **CEASE AND DESIST** any telephonic or electronic mail contact with putative class members until these matters are addressed in the upcoming hearing.

IT IS SO ORDERED.

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE