UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

RANDY WILLIAMSON, on behalf
of himself and all others similarly situated,

    Plaintiff,

v.                                       Civ. No. 15-878 MCA/GJF

AMERIFLOW ENERGY SERVICES
L.L.C., CRESCENT SERVICES L.L.C.,
and CRESCENT CONSULTING L.L.C.,

    Defendants.

## AMENDED SCHEDULING ORDER

THIS MATTER came before the Court on a Discovery Hearing on December 9, 2016. At the hearing, the Court determined that, in order to efficiently manage both the Fair Labor Standards Act ("FLSA") claims and the pending state claims in this matter, some modification of the Court's Interim Scheduling Order [ECF No. 82] is required.

Therefore, the Court **HEREBY ORDERS** that the deadline for Plaintiffs to file a Motion to Certify Class under Federal Rule of Civil Procedure 23 is hereby extended to **April 7, 2017**. All other deadlines established by prior orders in this matter remain in effect.

    **IT IS SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE

1