UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

RANDY WILLIAMSON, on behalf
of himself and all others similarly situated,

    Plaintiff,

v.                                                                                Civ. No. 15-878 MCA/GJF

AMERIFLOW ENERGY SERVICES
L.L.C., CRESCENT SERVICES L.L.C.,
and CRESCENT CONSULTING L.L.C.,

    Defendants.

## ORDER PROHIBITING UNAUTHORIZED SOLICITATION

THIS MATTER comes before the Court on Defendants' "Joint Opposed Emergency Motion Seeking Prohibition of Unauthorized Solicitation and Related Relief, With Brief in Support" ("Motion"). ECF No. 87. Following the filing of Defendants' Motion, the Court ordered supplemental briefing [ECF No. 88], which all parties timely submitted. ECF Nos. 89, 91. Additionally, the Court held a hearing on December 9, 2016, to entertain argument from counsel.

Having now reviewed the briefs and heard arguments of counsel, the Court hereby **GRANTS** Defendants' Motion and **ORDERS** as follows:

**IT IS HEREBY ORDERED** that Plaintiff may provide notice through United States mail only to the four putative collective members whose current physical addresses have been obtained through telephone contact by his office.

**IT IS FURTHER ORDERED** that Plaintiff may provide notice through United States mail only to any other putative collective member whose current physical address was located by

a third-party "skip tracing" company and found to be different from the physical address provided by Defendants.

**IT IS FURTHER ORDERED** that Plaintiff shall disclose to Defendants the list of all putative collective members whose current physical addresses were located by the third-party "skip tracing" company and found to be different from the physical addresses provided by Defendants.

**IT IS FURTHER ORDERED** that both Plaintiff and Defendants shall **CEASE AND DESIST** affirmative telephonic contact (or any other form of contact not specifically authorized by the Court) with putative class members until after the FLSA opt-in period closes on **January 4, 2017**.

**IT IS FINALLY ORDERED** that Defendants' request that Plaintiff produce to them records of the telephone contacts his counsel's office has made with putative collective members is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE