UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

RANDY WILLIAMSON, on behalf
of himself and all others similarly situated,

    Plaintiffs,

v.                                                         Civ. No. 15-878 MCA/GJF

AMERIFLOW ENERGY SERVICES
L.L.C., CRESCENT SERVICES L.L.C.,
and CRESCENT CONSULTING L.L.C.,

    Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS AND DISMISSING CASE WITH PREJUDICE

Before the Court is U.S. Magistrate Judge Gregory Fouratt's Report and Recommendations [Doc. No. 126] regarding Plaintiffs' Unopposed Motion to Approve Settlement ("Motion") [Doc. No. 122]. No party has filed any objections to the Report and Recommendations; rather, on May 2, 2017, the parties filed a Joint Notice in which they affirmatively stated they have no objections [Doc. No. 128]. Therefore, having considered Plaintiffs' Motion and Judge Fouratt's Report and Recommendations, the Court **ADOPTS** the findings contained in the Report and Recommendations in their entirety and **ORDERS** as follows:

1. Plaintiff's Motion [Doc. No. 122] is **HEREBY GRANTED**.

2. The claims of all Plaintiffs against all Defendants are **DISMISSED WITH PREJUDICE**.

3. All claims against all parties have been determined and this shall be a final order.

4. The Settlement Agreement submitted to the Court *in camera* and attached to the Supplement to Judge Fouratt's Report and Recommendation [Doc. No. 127, attach. 1]

is approved in its entirety. All opt-in class members and the named Plaintiff are deemed to have released their claims pursuant to the Settlement Agreement.

5. All payments as described in the Settlement Agreement are hereby approved, including the payments to the Plaintiffs and the Plaintiffs' counsel's fees and costs.

6. The Defendants are hereby ordered to make all payments as set forth in the Settlement Agreement.

7. The Court retains jurisdiction over the parties and the Settlement Agreement for the purposes of enforcing the agreement should any controversy arise about its terms or any party's performance of its obligations under it.

**IT IS SO ORDERED.**

_____
THE HONORABLE M. CHRISTINA ARMIJO
CHIEF UNITED STATES DISTRICT JUDGE